Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CASE SUMMARY

**F I L E D**
CLERK, U.S. DISTRICT COURT

5/12/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

Case Number    2:23-cr-00236 -ODW-5          Defendant Number   5

U.S.A. v.  Adam W. Garcia                    Year of Birth   1980

[✓] Indictment            [ ] Information    Investigative agency (FBI, DEA, etc.)   ATF

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   February 9, 2023

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in
(CHECK **ALL** THAT APPLY):

[✓] Los Angeles          [ ] Ventura

[ ] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[ ] San Bernardino       [ ] Other _____

Citation of Offense   18 USC 922(g)

e. Division in which the MAJORITY of events, acts, or omissions
giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

[✓] No          [ ] Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related
if a previously filed indictment or information and the present
case:

　a. arise out of the same conspiracy, common scheme,
　　transaction, series of transactions or events; or

　b. involve one or more defendants in common, and would
　　entail substantial duplication of labor in pretrial, trial or
　　sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**): N/A

_____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A

Case Number:  N/A

Assigned Judge:   N/A

Charging: _____

The complaint/CVB citation:

　[ ] is still pending

　[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [✓] No   [ ] Yes

IF YES, provide Name:   N/A

　　Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

　[ ] Yes*   [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

　[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the  N/A   superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
N/A

Case Number N/A

The superseded case:

　[ ] is still pending before Judge/Magistrate Judge

_____

　[ ] was previously dismissed on

_____

Are there 8 or more defendants in the superseding case?

　[ ] Yes*   [ ] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

　[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or
Information?

　[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male       ☐ Female

☐ U.S. Citizen    ☐ Alien

Alias Name(s)   "Oso"

_____

This defendant is charged in:

☐ All counts

☑ Only counts:  26

☐ This defendant is designated as "High Risk" per
18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case
include(s):

☐ financial institution fraud    ☐ public corruption

☐ government fraud              ☐ tax offenses

☐ environmental issues          ☐ mail/wire fraud

☐ narcotics offenses            ☐ immigration offenses

☑ violent crimes/firearms       ☐ corporate fraud

☐ Other   _____

_____

**CUSTODY STATUS**

<u>Defendant is **not in custody**</u>:

a. Date and time of arrest on complaint:  N/A

b. Posted bond at complaint level on:  N/A

  in the amount of $ N/A

c. PSA supervision?   ☐ Yes   ☑ No

d. Is on bail or release from another district:

N/A

<u>Defendant is **in custody**</u>:

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of Institution:   _____

c. If Federal, U.S. Marshals Service Registration Number:

_____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:   ☐ Yes   ☐ No

  IF YES :  ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☐ No

  IF YES :  ☐ State   ☐ Federal   AND

Name of Court:   _____

Date transferred to federal custody:   _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.   _____ 20   _____ 21   _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:  N/A

_____

_____

Date   05/11/2023

Signature of Assistant U.S. Attorney

Nisha Chandran

Print Name